NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
STEVEN W. MYHRE
Nevada Bar No. 9635
RANDOLPH J. ST. CLAIR
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada 89501
775-784-5438
Steven.Myhre@usdoj.gov
Randy.StClair@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER JAMES CARIANI,<br><br>Defendant. | Case No. 3:17-cr-00062-LRH-CLB<br><br>**SUPERSEDING INDICTMENT**<br><br>Violations:<br><br>Title 18, United States Code, Section 1832(a)(2) (Transmission of Trade Secrets) (Counts One and Three)<br><br>Title 18, United States Code, Sections 1832(a)(2) and (4) Attempted Transmission of Trade Secrets (Counts Two and Four) |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
(Transmission of Trade Secret)

On or about April 7, 2015, in the State and Federal District of Nevada,

**PETER JAMES CARIANI,**

defendant herein, did, knowingly and without authorization, copy, duplicate, download, upload, replicate, transmit, and convey trade secret information owned by Sierra Nevada Corporation and related to the Radar Enhanced Vision Systems (REVs) project, a product used in, and intended for

1

use in, interstate and foreign commerce, to wit, the following electronic files and information contained therein:

1. Algorithm Definition Document DOC-03009507-01.docx
2. RSU Performance Analysis.xlsx
3. REVS 2014-2016 IRAD Charter.doc
4. FEDEX Competitive Intelligence.pptx
5. 03002101-01_A_V95_XC23_18Dec2014.pcb (Printed Circuit Board Layout for RSU Radar Controller)
6. 03002201-01_A_V95_Archive.pcb (Printed Circuit Board Layout for RSU Servo Controller)
7. 03002301-01_A_Archive-06jan15alm.pcb (Printed Circuit Board Layout for RSU Transceiver),

with the intent to convert a trade secret to the economic benefit of anyone other than Sierra Nevada Corporation, and knowing and intending that the offense would injure Sierra Nevada Corporation.

All in violation of Title 18, United States Code, Section 1832(a)(2).

## COUNT TWO
(Attempted Transmission of Trade Secret)

On or about April 7, 2015, in the State and Federal District of Nevada,

**PETER JAMES CARIANI,**

defendant herein, did, knowingly and without authorization, attempt to copy, duplicate, download, upload, replicate, transmit, and convey, trade secret information owned by Sierra Nevada Corporation and related to the Radar Enhanced Vision Systems (REVs) project, a product used in, and intended for use in, interstate and foreign commerce, to wit, the following electronic files and information contained therein:

1. Algorithm Definition Document DOC-03009507-01.docx

2. RSU Performance Analysis.xlsx

3. REVS 2014-2016 IRAD Charter.doc

4. FEDEX Competitive Intelligence.pptx

5. 03002101-01_A_V95_XC23_18Dec2014.pcb (Printed Circuit Board Layout for RSU Radar Controller)

6. 03002201-01_A_V95_Archive.pcb (Printed Circuit Board Layout for RSU Servo Controller)

7. 03002301-01_A_Archive-06jan15alm.pcb (Printed Circuit Board Layout for RSU Transceiver IF),

with the intent to convert a trade secret to the economic benefit of anyone other than Sierra Nevada Corporation, and knowing and intending that the offense would injure Sierra Nevada Corporation.

All in violation of Title 18, United States Code, Sections 1832(a)(2) and (a)(4).

## COUNT THREE
(Transmission of Trade Secret)

On or about or between April 30, 2015 and May 1, 2015, in the State and Federal District of Nevada,

**PETER JAMES CARIANI,**

defendant herein, did, knowingly and without authorization, transmit, deliver, send, mail, communicate, and convey a trade secret owned by Sierra Nevada Corporation and related to the Radar Enhanced Vision Systems (REVs) project, a product used in, and intended for use in, interstate and foreign commerce, that is, information described as "Business Case" information contained in electronic files identified as Ideasummary.pdf, Ideasummary.pdf.edits, and Ideasummary_v2.pdf, with the intent to convert a trade secret to the economic benefit of anyone

other than Sierra Nevada Corporation, and knowing and intending that the offense would injure Sierra Nevada Corporation.

All in violation of Title 18, United States Code, Section 1832(a)(2).

## COUNT FOUR
(Attempted Transmission of Trade Secret)

On or about or between April 30, 2015 and May 1, 2015, in the State and Federal District of Nevada,

**PETER JAMES CARIANI,**

defendant herein, did, knowingly and without authorization, attempt to transmit, deliver, send, mail, communicate, and convey a trade secret owned by the Sierra Nevada Corporation and related to the Radar Enhanced Vision Systems (REVs) project, a product used in and intended for use in interstate and foreign commerce, that is, information described as "Business Case" information contained in electronic files identified as Ideasummary.pdf, Ideasummary.pdf.edits, and Ideasummary_v2.pdf, with the intent to convert a trade secret to the economic benefit of anyone other than Sierra Nevada Corporation, and knowing and intending that the offense would injure Sierra Nevada Corporation.

All in violation of Title 18, United States Code, Sections 1832(a)(2) and (4).

Date: Feb. 20, 2020

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

STEVEN W. MYHRE
RANDOLPH J. ST. CLAIR
Assistant United States Attorneys

4